UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 22-14394-CIV-CANNON/McCabe

STEPHEN SPILKER,

    Plaintiff,

v.

THE DISTRICT BOARD OF TRUSTEES
FOR INDIAN RIVER STATE COLLEGE,
FLORIDA,

    Defendant.
_____/

## JOINT NOTICE SCHEDULING MEDIATION

Plaintiff, STEPHEN SPILKER ("Plaintiff") and Defendant, THE DISTRICT BOARD OF TRUSTEES FOR INDIAN RIVER STATE COLLEGE, FLORIDA, ("Defendant"), pursuant to Local Rule 16.2 and the Court's Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge [Dkt. No. 36], hereby jointly give notice that a mediation of this matter has been scheduled with Mediator Robyn S. Hankins on September 27, 2023, at 10:00 a.m. at the offices of GrayRobinson, P.A., located at 515 North Flagler Drive, Suite 650, West Palm Beach, Florida 33401.

Respectfully submitted on this 2nd day of May, 2023.

| | |
|---|---|
| */s/ Sarah P. L. Reiner* | */s/Stephen Spilker* |
| SARAH P.L. REINER, ESQ. (Lead) | Stephen Spilker, *pro se* |
| Florida Bar No.: 520195 | P.O. Box 783 |
| sarah.reiner@gray-robinson.com | Roseland, Florida 32957 |
| roseann.foster@gray-robinson.com | stephenspilker@yahoo.com |
| RICHARD E. MITCHELL, ESQ. | |
| Florida Bar No.: 0168092 | |
| rick.mitchell@gray-robinson.com | |

maryann.hamby@gray-robinson.com
**GrayRobinson, P.A.**
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 2, 2023, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on all parties of record including Plaintiff, Stephen Spilker (stephenspilker@yahoo.com).

                                        */s/ Sarah P.L. Reiner*
                                        SARAH P.L. REINER
                                        Florida Bar No.: 520195

#50259747 v1